**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GENTIL LUIS DOS SANTOS,**

        **Plaintiff,**

-vs-                                              **Case No. 6:06-cv-1438-Orl-KRS**

**FLEET ENTERPRISES NORTH**
**AMERICA, INC., RICARDO SANTANA,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT (Doc. No. 59)**
>
> **FILED:** October 22, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiffs are not entitled to entry of a default judgment merely because a default has been entered against Defendants. Rather, they must establish that the factual allegations in the complaint are sufficient to establish that each defendant is liable under the various causes of action asserted.

To satisfy this burden, Plaintiffs must support a motion for entry of a default judgment with a legal memorandum addressing the governing law as to each cause of action, the elements of each cause of action, and the well-pleaded facts set forth in the complaint that satisfy each elements of each cause of action. The allegations of the amended complaint cannot be supplemented by evidence for

---

purposes of establishing liability. However, a defaulted defendant does not admit allegations regarding the amount of damages. "Rather, the Court determines the amount and character of damages to be awarded." *Miller v. Paradise of Port Richey, Inc.*, 75 F. Supp. 2d 1342, 1346 (M.D. Fla. 1999).

Finally, the request for an award of fees must be supported by evidence of the reasonable hourly rate of each individual for whom fees are sought and the work performed[1] in the form required by *Norman v. Housing Authority*, 836 F.2d 1292, 1299-1302 (11th Cir. 1988). A request for an award of costs must be supported by evidence of the actual costs incurred and the necessity of those costs. An attorneys averment regarding the reasonable hourly rate for himself and his associates is not sufficient, standing alone, to satisfy the requirements of *Norman*.

Because the present motion for default judgment was legally insufficient, counsel shall not seek an award of attorneys' fees and costs incurred in preparing the motion. A renewed motion for entry of a default judgment may be filed on or before December 1, 2008.

**DONE** and **ORDERED** in Orlando, Florida on November 10, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Copies of the contemporaneously maintained time records should be submitted to establish the time worked and the individuals who performed the work.